Eric M. MADSON, Respondent,

v.

MINNEAPOLIS POLICE DEPART-
MENT, City of Minneapolis,
Self–Insured, Relator.

No. A10–897.

Supreme Court of Minnesota.

Aug. 25, 2010.

Mark F. Gaughan, Caroline Bell Beck-
man, Erickson, Bell, Beckman & Quinn,
P.A., Roseville, MN, for respondent.

Thomas J. Miller, Minneapolis City At-
torney's Office, Minneapolis, MN, for rela-
tor.

ORDER

Based upon all the files, records and
proceedings herein,

IT IS HEREBY ORDERED that the
decision of the Workers' Compensation
Court of Appeals filed April 20, 2010, be,
and the same is, affirmed without opinion.
See Hoff v. Kempton, 317 N.W.2d 361, 366
(Minn.1982) (explaining that "[s]ummary
affirmances have no precedential value be-
cause they do not commit the court to any
particular point of view," doing no more
than establishing the law of the case).

Employee is awarded $1,200 in attorney
fees.

BY THE COURT:

/s/Paul H. Anderson
Associate Justice